FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 12 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PETROSYAN,

        Plaintiffs,

- against-

QUALITY FROZEN FOODS, INC.,
*et al.*,

        Defendants.
-------------------------------------------------------X

**ORDER**
19-CV-1672 (AMD) (RLM)

**ANN M. DONNELLY, U.S. District Judge:**

On March 24, 2019, the plaintiffs commenced this civil action alleging unpaid minimum wages, unpaid overtime wages, and unpaid spread of hour wages under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.*, New York Labor Law §§ 190, *et seq.*, and 650, *et seq.*, and New York Codes, Rules and Regulations §§ 142, 146. (ECF No. 1.) On June 6, 2019, the parties informed the Court of a settlement in principal. (ECF No. 11.) Two days later, the plaintiff moved for settlement approval. (ECF No. 12.)

Chief Magistrate Judge Roanne L. Mann held a *Cheeks* hearing on July 10, 2019. (ECF No. 14.) She concluded that the settlement "was reached after arms-length negotiations" and "is fair and reasonable" to the plaintiff. (ECF No. 15.) Judge Mann recommends that I grant the motion and approve the settlement. (*Id.*) During the hearing, the parties waived their objections to Judge Mann's report and recommendation. (*Id.*)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis*

1

*v. N. Am. Globex Fund L.P.*, 823 F.Supp.2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks omitted).

I have carefully reviewed Judge Mann's report and recommendation and find no error. Accordingly, I adopt the report and recommendation and approve the settlement.

**SO ORDERED.**

                 s/Ann M. Donnelly
                 _____
                 Ann M. Donnelly
                 United States District Judge

Dated: Brooklyn, New York
    July 12, 2019